## VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, personally appeared Don J. Foty, on behalf of Plaintiff Rene Moreno who stated, upon oath, that the statements made in the Plaintiff's Motion for Continuance pursuant to Rule 56(d) are within his personal knowledge and are true and correct.

_____

Don Foty
Name Printed

SUBSCRIBED AND SWORN TO BEFORE ME on  Oct 30, 2014 .


JOHN ANTHONY NEUMAN
Notary Public, State of Texas
My Commission Expires
May 10, 2017

_____
Notary Public, State of Texas